

**The Williamson Court**
**at the Federal District Court, Meddle**
**District at Duval County, Florida**

Arther Lee Williamson
The aggrieve party, Prosecutor

_____

Lance M Day,
Natalie A. Tuttle, and
Kevin A. Hemphill
The public servants, the wrong doers

3:18-cv-776-J-39 PDB

**Please have Trial by Jury**
**Trespass: Forgery**
**Verifiable claim**

   i, a man: Arther Lee Williamson claim trespass on rights and property.

i demand just compensation for trespassing in the amount of 3,000,000.00 each.

i verify that this claim is true.

                                        Arther L. Williamson
                                        7846 Stephenson Dr.
                                        Jacksonville Florida 32208
                                        (904) 802-1657 email:
                                        awill123@yahoo.com

Trial by Jury
Notice
Court Clerk

i apoligize for any Confusion, for
This may Not be a Norm for you. As
The aggrieved, i have Lawful bases as That i
require The use of This Vinue as A Court
of Law To Seat a Jury in which i Move
my claim before, To determind and render
a Verdict as To Trespass.

A Court of Law - Set day For Preliminary
hearing To Set The Terms and Condiction, To
make an agreement or Continue with Trial
hearing. The Magistrate is independent of
The Tribunal.

The Court Clerk assign Some one To
To Set and be a Witness or Judge To The
Verdict. He or She Sign The Judgement Then
The Court Clerk Sign and Seal The Judgement.

If Some one has Created A Law That
diminish This Right, Please Let Me Know

Sincerely

Arthur Williams
Man